1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT STRONG, | CASE NO. 3:09-cv-02901 JM-NLS |
| Plaintiff, | Assigned to Hon. Judge Jeffrey T. Miller |
| vs. | ORDER FURTHER EXTENDING DEFENDANTS HORTON PLAZA, LP, HORTON PLAZA VENTURE, LLC, AND WESTFIELD AMERICA, LP'S TIME TO RESPOND TO COMPLAINT |
| HORTON PLAZA, LP; HORTON PLAZA VENTURE, LLC; WESTFIELD AMERICA, INC, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING, IT IS SO ORDERED that Defendants Westfield America, LP, Horton Plaza, LP, and Horton Plaza Venture, LLC's deadline to respond to Plaintiff's complaint will be March 19, 2010.

Dated: March 8, 2010

JEFFREY T. MILLER
United States District Judge

---
**ORDER FURTHER EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**
31515916_1