1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| MATT STRONG,<br><br>                      Plaintiff,<br>vs.<br><br>HORTON PLAZA, LP; HORTON PLAZA VENTURE, LLC; WESTFIELD AMERICA, INC.; et al.,<br><br>                      Defendants. | CASE NO. 09 CV 2901 JM (NLS)<br><br>**ORDER GRANTING JOINT MOTIONS TO DISMISS DEFENDANTS PANDA RESTAURANT GROUP, INC. AND LEVI'S ONLY STORES, INC.**<br><br>Doc. Nos. 58, 59 |
|---|---|

    Pending before the court are joint motions to dismiss Defendants Panda Restaurant Group, Inc. and Levi's Only Stores, Inc. with prejudice. *See* Fed. R. Civ. P. 41. Finding good cause the court hereby GRANTS the motions to dismiss. Defendants Panda Restaurant Group, Inc. and Levi's Only Stores, Inc. are dismissed from the case with prejudice.

    **IT IS SO ORDERED.**

DATED: March 30, 2010

                                    Hon. Jeffrey T. Miller
                                    United States District Judge