# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT STRONG,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>HORTON PLAZA, LP; HORTON PLAZA VENTURE, LLC; WESTFIELD AMERICA, INC.; et al.,<br><br>　　　　　　Defendants. | CASE NO. 09 CV 2901 JM (NLS)<br><br>**ORDER GRANTING JOINT MOTIONS TO DISMISS VF OUTDOOR INC. dba VANS #232**<br><br>Doc. Nos. 78 |

Pending before the court is a joint motion to dismiss Defendant VF Outdoor, Inc. dba Van's #232. *See* Fed. R. Civ. P. 41. Finding good cause the court hereby GRANTS the motions to dismiss. Defendant VF Outdoor, Inc. dba Van's #232 is dismissed from the case with prejudice.

**IT IS SO ORDERED.**

DATED: April 15, 2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　United States District Judge