FILED
2010 APR 15 PM 2:00
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT STRONG, | Case No.: 09 CV 2901 |
| Plaintiff, | Action Filed: December 24, 2009 |
| vs. | **ORDER GRANTING DEFENDANT HAYUN FASHION INVESTMENTS CORPORATION DBA PLANET FUNK SUBSTITUTION OF ATTORNEY** |
| HORTON PLAZA, LP; et al. | |
| Defendants. | |

The substitution of attorney is hereby approved and so ORDERED.

Jeffrey Lipow, Esq. is relieved as counsel for Defendant HAYUN FASHION INVESTMENTS CORPORATION DBA PLANET FUNK.

New counsel for is Kevin Salute, Esq., 12925 Riverside Drive, 2nd Floor, Sherman Oaks, CA 91423; Phone (818) 971-3687; Facsimile (818) 475-1634; E-Mail Kevin@salutelaw.com.

Dated: April 12, 2010

_____
UNITED STATES DISTRICT COURT JUDGE

---

[PROPOSED] ORDER GRANTING DEFENDANT HAYUN FASHION INVESTMENTS CORPORATION DBA PLANET FUNK SUBSTITUTION OF ATTORNEY